UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JAY NUSSBAUM, Individually and as )
Personal Representative of the Estate of )
PATRICIA NUSSBAUM, Deceased )
)
    Plaintiff, )
)
v. ) No. 1:10-cv-1198 (AJT/IDD)
)
CVS CAREMARK CORPORATION, )
*et al.* )
)
    Defendants. )
_____ )

## ORDER

Upon consideration of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No. 15], the memoranda and exhibits in support thereof and opposition thereto, and the arguments of counsel at the hearing held on January 7, 2011, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No. 15] be, and the same hereby is, DENIED without prejudice, subject to final adjudication.

The Clerk is directed to forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 21, 2011